FILED04 APR '14 09:37USDC-ORP

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND    DIVISION

THOMAS, NATHAN LEE
*(Enter full name of plaintiff(s))*

Plaintiff(s),

v.

METTIE, ANGELA M.   BEARDEN, DAVID T.   HEMMER, JERI
SUE, RONI   GOMEZ, ANGELO   RAY, EDWARD J.
*(Enter full name of ALL defendant(s))*

Defendant(s).

3:14 - CV - 554    S!

Civil Case No.

*(to be assigned by Clerk of the Court)*

**MOTION FOR APPOINTMENT
OF PRO BONO COUNSEL**

I, **NATHAN LEE THOMAS**, move for the appointment of counsel for *(check one)*:

☐ the limited purpose of reviewing and evaluating my claims;
☐ for mediation or settlement; OR
☒ for all purposes.

To support this motion, I declare under penalty of perjury that:

1.  ☒ I have been granted, or have applied for, permission to proceed *in forma pauperis*; OR
    ☐ I have attached an affidavit demonstrating my inability to pay the cost of an attorney.

2.  I have made the following diligent efforts to obtain legal counsel but have been unsuccessful because of my poverty:

CONTACTED EVERY ATTORNEY ON THE REFERRAL
LISTS PROVIDED BY THE COURT AND EEOC - DENIED

3.  I need appointed counsel to assist me because:

MY CASE IS SO FACTUALLY AND LEGALLY COMPLEX
I NEED AN ATTORNEY TO ARTICULATE MY CLAIMS

MARCH 31, 2014

DATE

SIGNATURE OF APPLICANT

NATHAN LEE THOMAS
PRINTED NAME OF APPLICANT

## AFFIDAVIT

In support of my Motion for Appointment of Pro Bono Counsel, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated? ☐Yes ☒No

    If "Yes" state the place of your incarceration: _____

2.  Are you currently employed? ☐Yes ☒No ☐Self-employed

    a.  If the answer is "Yes," state:

        Employer's name: _____

        Employer's address: _____

        Amount of take-home pay or wages: $_____ per _____ (*specify pay period*)

    b.  If the answer is "No," state:

        Name of last employer: _OREGON STATE UNIVERSITY_

        Address of last employer: _CORVALLIS , OR   97331_

        Date of last employment: _APRIL 12, 2013_

        Amount of take-home salary or wages: $_15.20_ per _HOUR_ (*specify pay period*)

3.  Is your spouse or significant-other employed?    ☐Yes ☒No ☐Self-employed☐Not applicable
    If the answer is "Yes," state:

        Employer's name: _____

        Employer's address: _____

        Amount of take-home pay or wages: $_____ per _____ (*specify pay period*)

4.  In the past 12 months have you received any money from any of the following sources?

    a.  Business, profession or other self-employment   ☐Yes ☒No

        If "Yes," state:  Amount received:        $ _____

                         Amount expected in future:   $ _____

    b.  Rent payments, interest, or dividends        ☐Yes ☒No

        If "Yes," state:  Amount received:        $ _____

                         Amount expected in future:   $ _____

c.  Pensions, annuities, or life insurance payments ☐ Yes ☒ No

   If "Yes," state:  Amount received:          $ _____

                     Amount expected in future:  $ _____

d.  Disability or workers compensation payments ☒ Yes ☐ No

   If "Yes," state:  Amount received:          $ **258.83**

                     Amount expected in future:  $ **258. 83**

e.  Gifts or inheritances                     ☐ Yes ☒ No

   If "Yes," state:  Amount received:          $ _____

                     Amount expected in future:  $ _____

f.  Any other sources                         ☒ Yes ☐ No

   If "Yes," state:  Source:  **CHAPTER 31**

                     Amount received:          $ **737.39**

                     Amount expected in future:  $ **737. 39**

5.  Do you have cash or checking or savings accounts?   ☒ Yes ☐ No
    (including prison trust accounts)?

    If "Yes," state the total amount:  **$66.44**

6.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or
    other valuable property?     ☐ Yes ☒ No

    If "Yes," describe the asset(s) and state the value of each asset listed.

    _____

    _____

    _____

    _____

    _____

7.  Do you have any other assets?   ☐ Yes ☒ No

    If "Yes," list the asset(s) and state the value of each asset listed.

    _____

    _____

    _____

    _____

    _____

    _____

8.  Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses?    ☒Yes    ☐ No

If "Yes," describe and provide the amount of the monthly expense. RENT: $340.00

9.  List the persons (or, if under 18, initials only) who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. E.H.T.

DAUGHTER'S CHILD SUPPORT: $450.00

10. Do you have any debts or financial obligations?    ☒ Yes    ☐ No

If "Yes," describe the amounts owed and to whom they are payable.
$1,000 STORE CREDIT CARDS TARGET AND FRED MEYER

MARCH 31, 2014
DATE

SIGNATURE OF APPLICANT
NATHAN LEE THOMAS
PRINTED NAME OF APPLICANT