UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **NATHAN LEE THOMAS**<br>**Plaintiff(s),** | Case No.: 3:14–cv–00554–SI |
| v. | **ORDER TERMINATING PRO BONO APPOINTMENT** |
| **ANGELA M. METTIE, et al.**<br>**Defendant(s).** | |

Upon notice to the Court that the appointed attorney/law firm has declined representation,

IT IS HEREBY ORDERED that the Court terminates the appointment of Robert W. Kirsher as *Pro Bono* counsel for Nathan Lee Thomas.

Nathan Lee Thomas is to proceed *pro se* without appointed counsel.

The Clerk is directed to serve a copy of this order upon Nathan Lee Thomas.

**DATED** this 11th day of June, 2014          /s/Michael H. Simon

Honorable Michael H. Simon
U.S. District Court Judge