**Michael Porter, P.C.**, OSB No. 003560
mike.porter@millernash.com
**Andrea M. Barton**, OSB No. 092760
andrea.barton@millernash.com
MILLER NASH LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon  97204
Telephone:  (503) 224-5858
Facsimile:  (503) 224-0155

      Attorneys for Defendants
      Angela M. Mettie, David T. Bearden,
      Jeri Hemmer, Roni Sue, Angelo Gomez,
      and Edward J. Ray

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NATHAN LEE THOMAS,<br><br>      Plaintiff,<br><br>    v.<br><br>ANGELA M. METTIE, DAVID T. BEARDEN, JERI HEMMER, RONI SUE, ANGELO GOMEZ, and EDWARD J. RAY,<br><br>      Defendants. | CV No. 3:14-cv-00554-SI<br><br>DEFENDANTS' UNOPPOSED MOTION TO SET DEADLINES |

**<u>LOCAL RULE 7.1 CERTIFICATION</u>**

      The parties have conferred regarding this motion, and plaintiff has indicated he does not oppose the motion.

**<u>MOTION</u>**

      Defendants move the court for an order setting initial case deadlines as follows:

Page 1 -    Defendants' Unopposed Motion to Set Deadlines

PDXDOCS:2047341.1

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

Deadline to Amend Complaint, and Join all Claims, Remedies and Parties: October 31, 2014.

Close of Discovery:  November 21, 2014.

Dispositive Motion Deadline:  December 19, 2014.

File a Joint Alternative Dispute Resolution Report:  December 19, 2014.

## **MEMORANDUM IN SUPPORT**

In late August counsel for defendants and pro se plaintiff discussed initial discovery and other potential case deadlines.  The parties have been engaged in an exchange of information, primarily the employment-claim initial disclosures found in LR 26 – 7.[1]

Because the case deadlines were set in a May 1, 2014, discovery and pretrial scheduling order, appropriate initial case deadlines should be reset.  The parties agree deadlines set forth in the motion are appropriate.

## **CONCLUSION**

This motion is unopposed and should be granted.

DATED this 10th day of October, 2014.

    MILLER NASH LLP

    *s/ Michael Porter*
    Michael Porter, P.C., OSB No. 003560
    mike.porter@millernash.com
    Andrea M. Barton, OSB No. 092760
    andrea.barton@millernash.com
    3400 U.S. Bancorp Tower
    111 S.W. Fifth Avenue
    Portland, Oregon  97204
    Telephone:  (503) 224-5858
    Facsimile:  (503) 224-0155

    Attorneys for Defendants

---

[1] It is not clear whether those disclosures apply but the parties have utilized them in any event.

Page 2 -    Defendants' Unopposed Motion to Set Deadlines

PDXDOCS:2047341.1

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

1  I hereby certify that I served the foregoing defendants' unopposed motion to set
2  deadlines on:

>Nathan Lee Thomas
>Post Office Box 9261
>Portland, Oregon 97207
>E-Mail: nathanleethomas@gmail.com
>
>*Pro Se Plaintiff*

by the following indicated method or methods on the date set forth below:

- ☐ **CM/ECF system transmission.**
- ☒ **E-mail.**
- ☒ **First-class mail, postage prepaid.**
- ☐ **Hand-delivery.**

DATED this 10th day of October, 2014.

>s/ *Michael Porter*
>Michael Porter, P.C., OSB No. 003560
>
>*Of Attorneys for Defendants*

Page 1 -   Certificate of Service

PDXDOCS:2047341.1

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204