AO 133 (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

District of Oregon

NATHAN LEE THOMAS

V.

ANGELA M. METTIE, ET AL.

## BILL OF COSTS

Case Number: 3:14-cv-00554-SI

Judgment having been entered in the above entitled action on 2/17/2015 (Date) against Plaintiff, the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $ |
| Fees for service of summons and subpoena | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 2,058.90 |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on page two) | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) | |
| TOTAL | $ 2,058.90 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☐ Electronic service by e-mail as set forth below and/or.

☑ Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney: [signature]

Name of Attorney: Michael Porter, P.C. OSB No. 003560

For: Defendants (Name of Claiming Party) Date: February 20, 2015

Costs are taxed in the amount of ______ and included in the judgment.

______ Clerk of Court By: ______ Deputy Clerk ______ Date

AO 133   (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) ||||||||
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE || SUBSISTENCE || MILEAGE || Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | **TOTAL** | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."

"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)

"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)

"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)

"Entry of the judgment shall not be delayed for the taxing of costs."

<u>Nathan Lee Thomas v. Angela M. Mettie, et al</u>
United States District Court, Case No. 3:14-cv-00554-SI
Defendants' Bill of Costs

**Itemized Billing**

| Date | Amount Billed | Description |
|---|---|---|
| 11/18/2014 | $2,058.90 | Transcript and video of deposition of plaintiff Nathan Thomas by Amy A. Dalton Court Reporting LLC |

Total:    $2,058.90

**RECEIVED BY**

**NOV 2 1 2014**

**MILLER NASH LLP**

Amy A. Dalton Court Reporting, LLC
EIN #46-3558322
PO Box 3254
Clackamas, OR 97015

(503)267-4666
adaltoncourtreporter@yahoo.com

### Invoice

| Date | Invoice No. |
|---|---|
| 11/18/2014 | 1197 |

| Terms | Due Date |
|---|---|
| Net 30 | 12/18/2014 |

**Bill To**

Michael Porter
Miller Nash
111 SW 5th Ave, Ste 3400
Portland, OR 97204

| Amount Due | Enclosed |
|---|---|
| $2,058.90 | |

| Date | Activity | Quantity | Rate | Amount |
|---|---|---|---|---|
| 11/07/2014 | Appearance Fee - Nathan Thomas | 7 | 65.00 | 455.00 |
| 11/07/2014 | Original Transcript - Nathan Thomas | 189 | 3.85 | 727.65 |
| 11/07/2014 | Videography - Nathan Thomas | 7.75 | 95.00 | 736.25 |
| 11/07/2014 | DVDs | 4 | 25.00 | 100.00 |
| 11/07/2014 | DVD Archive/Backup per disc | 4 | 10.00 | 40.00 |

Thomas v. Metue, et al.
Case #3:14-cv-00554-SI

Thank you for your business.

| Total | $2,058.90 |
|---|---|

I hereby certify that I served the foregoing Bill of Costs on:

> Nathan Lee Thomas
> Post Office Box 9261
> Portland, Oregon 97207
>
> *Pro Se Plaintiff*

by the following indicated method or methods on the date set forth below:

- ☐ **CM/ECF system transmission.**
- ☐ **E-mail.**
- ☒ **First-class mail, postage prepaid.**
- ☐ **Hand-delivery.**

DATED this 20th day of February, 2015.

_____
Michael Porter, P.C., OSB No. 003560

*Of Attorneys for Defendants Angela M. Mettie, David T. Bearden, Jeri Hemmer, Roni Sue, Angelo Gomez, and Edward J. Ray*

Page 1 -    Certificate of Service

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204