Nathan Lee Thomas
PO BOX 9261
Portland, OR  97207
(503) 960-6861

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| NATHAN LEE THOMAS, | CV No. 3:14-cv-00554-SI |
|         Plaintiff, | |
| v. | **REVERSAL OF STIPULATED PROTECTIVE ORDER AND RELEASE OF ALL DOCUMENTATION INTO THE PUBLIC RECORD** |
| ANGELA M. METTIE, DAVID T. BEARDEN, JERI HEMMER, RONI SUE, ANGELO GOMEZ, and EDWARD J. RAY, | |
|         Defendants. | |
| _____ | |

      One or more of the parties has requested the production of documents or information that at least one party considers to no longer contain confidential information, and that any and all documentation revealed during the discovery process are now subject to be released to the general public under any and all circumstances in accordance with ORS 192.410.

I hereby certify that I served the foregoing REVERSAL OF STIPULATED PROTECTIVE ORDER AND RELEASE OF ALL DOCUMENTATION INTO THE PUBLIC RECORD on:

> **Michael Porter, P.C.**, OSB No. 003560
> mike.porter@millernash.com
> **Andrea M. Barton**, OSB No. 092760
> andrea.barton@millernash.com
> MILLER NASH LLP
> 3400 U.S. Bancorp Tower
> 111 S.W. Fifth Avenue
> Portland, Oregon 97204
> Telephone: (503) 224-5858
> Facsimile: (503) 224-0155
>
> *Attorneys for Defendants Angela M. Mettie,*
> *David T. Bearden, Jeri Hemmer, Roni Sue,*
> *Angelo Gomez, and Edward J. Ray*

by the following indicated method or methods on the date set forth below:

- ☐ **CM/ECF system transmission.**
- ☑ **E-mail.**
- ☐ **First-class mail, postage prepaid.**
- ☑ **Hand-delivery.**

DATED this 1st day of May, 2015.

_/s/ Nathan_____

Nathan Lee Thomas
PO BOX 9261
Portland, OR  97207
(503) 960-6861