**Michael Porter, P.C.**, OSB No. 003560
mike.porter@millernash.com
**Andrea M. Barton**, OSB No. 092760
andrea.barton@millernash.com
MILLER NASH GRAHAM & DUNN LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon  97204
Telephone:  (503) 224-5858
Facsimile:  (503) 224-0155

    Attorneys for Defendants
    Angela M. Mettie, David T. Bearden,
    Jeri Hemmer, Roni Sue, Angelo Gomez,
    and Edward J. Ray

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NATHAN LEE THOMAS, | CV No. 3:14-cv-00554-SI |
| Plaintiff, | DEFENDANTS' OPPOSITION TO PLAINTIFF'S REVERSAL OF STIPULATED PROTECTIVE ORDER AND RELEASE OF ALL DOCUMENTATION INTO THE PUBLIC RECORD |
| v. | |
| ANGELA M. METTIE, DAVID T. BEARDEN, JERI HEMMER, RONI SUE, ANGELO GOMEZ, and EDWARD J. RAY, | |
| Defendants. | |

    Defendants Angela M. Mettie, David T. Bearden, Jeri Hemmer, Roni Sue, Angelo Gomez, and Edward J. Ray ("Defendants") oppose Plaintiff's Reversal of Stipulated Protective Order and Release of All Documentation into the Public Record.

Page 1 -    Defendants' Opposition to Plaintiff's Reversal of Stipulated Protective Order and Release of all Documentation into the Public Record

70025344.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

On or about October 10, 2014, the parties entered into and the Court signed a Stipulated Protective Order (Dkt. 39), which requires that plaintiff Nathan Thomas maintain the confidentiality of certain documents produced in his lawsuit.  The court entered a judgment of dismissal with prejudice on February 17, 2015.  (Dkt. 59).  The protective order remains in place and the court retains jurisdiction with respect to it.  (Protective Order at ¶ 16.)

On May 1, 2015, Thomas filed a short statement apparently seeking to have the protective order on file stricken or modified.  But Thomas provides no reason the protective order's confidentiality provisions should be overturned and the documents should be made public. The documents that are subject to the protective order relate to personnel situations of Oregon State University employees other than plaintiff.

Thomas's statement makes a passing reference to public records laws.  But the public records laws call for protection here, not dissemination.  ORS 192.502 provides a personal privacy exemption from public records for information of a personal and/or medical nature. ORS 192.502(2).  The documents and information marked "confidential" in this case fit squarely within that exemption, and public disclosure these other employees' records would constitute an unreasonable invasion of privacy.  Defendants do not know what purpose Thomas has for seeking relief from the protective order but cannot imagine that documents otherwise confidential and properly subject to a protective order should be used by Thomas in any manner outside of the litigation.

Page 2 -    Defendants' Opposition to Plaintiff's Reversal of Stipulated Protective Order and
            Release of all Documentation into the Public Record

70025344.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

For the above reasons, plaintiff's request for reversal should be denied, and the Stipulated Protective Order entered into and agreed upon by plaintiff should not be set aside or modified.

DATED this 11th day of May, 2015.

MILLER NASH GRAHAM & DUNN LLP

s/Andrea M. Barton
Michael Porter, P.C., OSB No. 003560
mike.porter@millernash.com
Andrea M. Barton, OSB No. 092760
andrea.barton@millernash.com
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon  97204
Telephone:  (503) 224-5858
Facsimile:  (503) 224-0155

Attorneys for Defendants Angela M. Mettie, David T. Bearden, Jeri Hemmer, Roni Sue, Angelo Gomez, and Edward J. Ray

Page 3 -    Defendants' Opposition to Plaintiff's Reversal of Stipulated Protective Order and Release of all Documentation into the Public Record

70025344.1         MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Defendants' Opposition to Plaintiff's Reversal of Stipulated Protective Order and Release of all Documentation into the Public Record on:

>Nathan Lee Thomas
>Post Office Box 9261
>Portland, Oregon 97207
>
>*Pro Se Plaintiff*

by the following indicated method or methods on the date set forth below:

- ☐ **CM/ECF system transmission.**
- ☐ **E-mail.**
- ☒ **First-class mail, postage prepaid.**
- ☐ **Hand-delivery.**

DATED this 11th day of May, 2015.

>s/Andrea M. Barton
>Andrea M. Barton, OSB No. 092760
>
>*Of Attorneys for Defendants Angela M. Mettie, David T. Bearden, Jeri Hemmer, Roni Sue, Angelo Gomez, and Edward J. Ray*

Page 1 -   Certificate of Service

70025344.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204